GREGORY W. KNOPP (SBN 237615)
GLORIA JAN (SBN 165440)
GALIT A. KNOTZ (SBN 262962)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 229-1000
Facsimile: (310) 229-1001
gknopp@akingump.com
gjan@akingump.com
gknotz@akingump.com

Attorneys for Defendant
STARBUCKS CORPORATION dba STARBUCKS COFFEE COMPANY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONYA OLSON, an individual, | Case No. SACV 10-00373 CJC (VBKx) |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE |
| STARBUCKS COFFEE COMPANY, a business entity, form unknown; and DOES 1 through 50, Inclusive, | |
| Defendants. | |

Plaintiff Tonya Olson and Defendant Starbucks have jointly filed a Stipulation for Dismissal with Prejudice Pursuant to Settlement Agreement, on June 8, 2011.

Having considered the matters set forth in the Stipulation, and for good cause shown, this action shall be dismissed, in its entirety, with prejudice. Each party shall bear its own fees and costs.

**IT IS SO ORDERED**.

Dated: June 10, 2011      By _____
                          Hon. Cormac J. Carney
                          Judge of the United States District Court